IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

FREDERICK O. GOSS,

Defendant.                                      No. 06-CR-40062-DRH

ORDER

HERNDON, District Judge:

Now before the Court is Defendant's January 18, 2007 motion to continue (Doc. 21). The Government does not oppose the motion. The Court being fully advised in the premises finds that Defendant needs additional time to conduct plea negotiations. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial. Further, forcing the parties to trial on a case that appears to have great potential to resolve amicably would be a great miscarriage of justice.

Therefore, the Court **GRANTS** Defendant's motion to continue (Doc. 21). The Court **CONTINUES** the jury trial scheduled for January 29, 2007 to **Monday,**

Page 1 of 2

**March 5, 2007 at 9:00 a.m.**  The time from the date the original motion was filed,

January 18, 2007, until the date to which the trial is rescheduled, March 5, 2007,

is excludable time for the purposes of speedy trial.  The parties shall notify the Court

if a change of plea hearing is necessary.

       **IT IS SO ORDERED.**

       Signed this 18th day of January, 2007.

                         <u>/s/         David   RHerndon</u>
                         **United States District Judge**